# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Debbie Damberg and Tony Severson, as representatives of a class of similarly situated persons, and on behalf of the LaMettry's 401K Profit Sharing Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>LaMettry's Collission, Inc., Steven P. Daniel, and Joanne M. LaMettry,<br><br>    Defendants. | Civil No.  16-CV-01335-JNE-SER<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs voluntarily dismiss this action without prejudice.

Dated:  June 17, 2016                           **MADIA LAW LLC**

                                                           s/J. Ashwin Madia_____
                                                           J. Ashwin Madia, #321187
                                                           345 Union Plaza
                                                           333 Washington Avenue North
                                                           Minneapolis, MN  55401
                                                           Phone:  612.349.2723
                                                           Fax:  612.235.3357
                                                           jamadia@madialaw.com